```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

      -against-

**COMPTON RICHMOND & KHARI FAISON,**

                 **Defendant.**

------------------------------------------------------------------ x

**20-CR-552 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for **January 8, 2021** at **11:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **January 4, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**